STATE OF NORTH CAROLINA v. JOHN HEYWOOD FOX

No. 563A82

(Filed 11 January 1983)

APPEAL by defendant as of right pursuant to G.S. 7A-30(2) from the decision of the Court of Appeals, *Morris, C.J.,* with *Martin, J.,* concurring and *Becton, J.,* dissenting reported at 58 N.C. App. 692, 294 S.E. 2d 410 (1982), affirming the order denying defendant's motion to suppress by *Grist, J.,* at the 21 October 1982 Criminal Session of MECKLENBURG Superior Court. Following the denial of the motion to suppress, defendant entered a plea of guilty to felonious possession of a stolen vehicle, but preserved his right to appeal the ruling on his motion to suppress.

*Rufus L. Edmisten, Attorney General, by William H. Borden, Associate Attorney, for the State.*

*Ellis M. Bragg for defendant appellant.*

PER CURIAM.

The sole issue presented to this Court is whether the trial court erroneously denied defendant's motion to suppress evidence obtained from an alleged unlawful stop of defendant. The facts necessary for determination of this case are fully and accurately stated in the Court of Appeals' opinion. We have carefully reviewed the majority opinion of the Court of Appeals, the dissent, the briefs and authorities relating to defendant's contentions. We conclude that the result reached by the majority of the panel of the Court of Appeals, its reasoning, and the legal principles enunciated by it are correct.

The decision of the Court of Appeals is affirmed.

Affirmed.